THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANONYMOUS, | ) |
| Plaintiff, | ) Action No. _____ |
| v. | ) |
| ▓▓▓▓, et al. | ) APPLICATION TO SUBPOENA A FEDERAL GOVERNMENT AGENCY UNDER SEAL |
| Defendants. | ) |

Upon the affidavits in support of this motion sworn on the 16th day of July 2024, and upon the copy of the Subpoena hereto annexed, it is ORDERED that the:

a) The Plaintiff proceeds with the caption - **Anonymous vs. Anonymous et al.**

b) That the pleadings, papers, and affidavits filed with the Court in the above-titled matter, the orders, decisions of this Court, and the transcripts of the hearing held in the above-captioned matter be **Sealed,** and

c) that any of the pleadings, papers, affidavits, exhibits, evidence, orders, decisions, and transcripts kept in the custody of the Clerk of Court

d) The Clerk of this Court and the county clerk do not permit anyone other than the Petitioner to appear herein to copy, examine, or peruse the pleadings, papers, affirmations, exhibits, orders, decisions, and transcripts of hearings.

ORDERED that before a Justice is assigned, upon payment of the proper fees, the Clerk of this Court is hereby directed to assign an index number to this proceeding, bearing the following caption, **Anonymous vs. Anonymous et al.**