## THE UNITED STATES DISTRICT COURT OF
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANONYMOUS,<br><br>Plaintiff,<br><br>v.<br><br>ANONYMOUS ET AL.<br><br>Defendants. | Action No. _____<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO OBTAIN A SUBPOENA UNDER SEAL** |

I, the **Anonymous Plaintiff** duly sworn, deposed, and say I make this affidavit in support of this application for an Order that permits:

a. The Plaintiff to file this case using an "Anonymous" designation under seal, given that Petitioner commenced this action as a direct and proximate result of a violent sexual assault. Pursuant to Federal law - 42 U.S.C.§13925(b)(2)(2008)23 Section III of the Violence Against Women Act, New York Civil Rights Law NY CPLR § 4510(b), NY CPLR § 4510(c), and § 50-b, a petitioner who is a victim of sex offenses is afforded privacy protections to avoid jeopardizing Petitioner's safety and exposing the Petitioner to life-threatening and unwanted publicity.

WHEREFORE, I respectfully request that this motion be granted and that I have such other and further relief as may be just and proper.

Sworn to before me this

16th day of July, 2024

_____
**Notary Public**

[Print & sign name before a Notary]

HENRY CHEN
Notary Public - State of New York
NO. 01CH0004648
Qualified in New York County
My Commission Expires Mar 31, 2027