THE UNITED STATES DISTRICT COURT OF
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANONYMOUS, ) | |
| ) | |
| Plaintiff, ) | Action No. _____ |
| ) | |
| v. ) | |
| ) | |
| ANONYMOUS ET AL. ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| Defendants. ) | **PLAINTIFF'S APPLICATION TO** |
| ) | **PROCEED UNDER SEAL.** |
| ) | |
| ) | |

Upon the Plaintiff's application to file a civil case under seal to seek a court-ordered Subpoena to obtain records from the FBI – a Federal Government Agency as an Anonymous Plaintiff, and upon review of the affidavit in support thereof, it is hereby:

**ORDERED** that Plaintiff's application to proceed under Seal be GRANTED, and it is

**FURTHER ORDERED**, the Subpoena, and application to proceed as an Anonymous Plaintiff and the affidavit in support of this application be placed under seal.

_____

**UNITED STATES DISTRICT JUDGE**

Dated: _____, 2024