UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anonymous,<br><br>                         Petitioner,<br><br>             v.<br><br>Anonymous,<br><br>                         Respondent. | 24-MC-319 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Petitioner in this case seeks a Court ordered subpoena to the FBI for records relating to an alleged sexual assault committed by Kristaps Porzingis, an NBA player currently on the Golden State Warriors.  On July 23, 2026, this Court ordered Petitioner to file additional information in support of their application for a subpoena.  *See* ECF No. 6.  The Court **DENIES** the application for two reasons.

To begin, the relief sought cannot properly be obtained through the filing of a miscellaneous case.  Miscellaneous cases can only be used to obtain discovery for a related proceeding where jurisdiction to obtain said discovery in that proceeding is lacking.  *See* 28 U.S.C. § 1782; s*ee also, e.g. Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264 (2004).  For a district court to have jurisdiction to grant a section 1782 petition, three requirements must be met: 1) "the person from whom discovery is sought [must] reside[s] (or [be] found) in the district of the district court to which the application is made;" 2) "the discovery [must be] for use in a proceeding before a foreign tribunal;" and 3) "the application [must be] made by a foreign or international tribunal or any interested person." *Kiobel by Samkalden v. Cravath, Swaine & Moore LLP*, 895 F.3d 238, 243 (2d Cir. 2018).  Because Petitioner seeks discovery unrelated to any ongoing proceeding, the Petition is **DENIED**.

Further, the Petitioner here has not properly sought leave to proceed pseudonymously.  In this district, a Petitioner must seek and receive approval to file a case under seal or proceed by pseudonym.  *See, e.g., Doe v. Combs*, No. 24 Civ. 8852, 2025 WL 950685, at *2 (S.D.N.Y. Mar. 28, 2025) (performing 10-factor balancing analysis on motion to proceed pseudonymously). Petitioner has not done so, and the Court concludes that any application for such relief would be futile.

The motion is therefore **DENIED**.  The Clerk of Court is respectfully directed to terminate ECF No. 1 and close this case.

SO ORDERED.

Dated: July 8, 2026
         New York, New York

DALE E. HO
United States District Judge