UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anonymous, | |
| Petitioner, | |
| v. | |
| Anonymous, | |
| Respondent. | |

24-MC-319 (DEH)

<u>ORDER</u>

DALE E. HO, United States District Judge:

The Clerk of Court is respectfully directed to refile ECF No. 9 on the docket as Court-

view only, which was filed on the public docket inadvertently.

SO ORDERED.

Dated: July 14, 2026
New York, New York

_____
DALE E. HO
United States District Judge